**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARGARET MUSTIN** | **CIVIL ACTION NO.: 2:25-cv-02150-CFK** |
| **Plaintiff,** | |
| **v.** | **JOINT STIPULATION OF DISMISSAL OF DEFENDANT KKR & CO. INC.** |
| **GROUNDWORKS OPERATIONS, LLC** | |
| **and** | Case Assigned to Honorable Chad F. Kenney |
| **KKR & Co. Inc.** | Complaint Filed: April 29, 2025 |
| **Defendants.** | |

By and through their undersigned counsel, Plaintiff Margaret Mustin ("Plaintiff"), Defendant KKR & Co. Inc. ("KKR"), and Defendant Groundworks Operations, LLC ("Groundworks" and collectively with Plaintiff and KKR, the "Parties"), hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), KKR is dismissed without prejudice from the above-captioned action, with each Party to bear its own costs.

2. Each Party will bear its own attorneys' fees and costs with respect to the above-captioned case and/or any appeals related to the above-captioned case.

3. Undersigned counsel for KKR will accept service of any subpoena(s) seeking information, documents or testimony from any employee, former employee, agent, or representative of KKR during the pendency of this litigation.

4. For all times pertinent to this action, Defendant Groundworks employed Plaintiff and terminated her employment.

5. The caption in this action shall be amended to reflect the removal of KKR & Co. Inc.

Dated: July 29, 2025

Respectfully submitted,

**POST & SCHELL P.C.**
*/s/ Jeffrey Brenner*
Jeffrey Brenner

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
*/s/ John P. Sefick*
John P. Sefick (*Pro hac vice forthcoming*)

Attorneys for Defendant
KKR & Co. Inc.
Respectfully submitted,

**LITTLER MENDELSON, P.C.**
*/s/ John P. McAvoy*
John P. McAvoy, Esq.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

Attorneys for Defendant
Groundworks Operations, LLC

Dated: July 29, 2025

Respectfully submitted,

**CONSOLE MATTIACCI LAW**
*/s/ Caren N. Gurmankin*
Caren N. Gurmankin, Esq.
1525 Locust St., 9th Floor
Philadelphia, PA 19102

Attorneys for Plaintiff
Margaret Mustin

**APPROVED BY THE COURT:**

Dated: **7/30/2025**

**/s/ Chad F. Kenney**

CHAD F. KENNEY, JUDGE